# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Guillero R. Medrano

                               Plaintiff,

v.                                                       Case No.: 1:16−cv−00898
                                                                   Honorable Harry D. Leinenweber

Ocwen Loan Servicing, LLC, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2017:

        MINUTE entry before the Honorable Harry D. Leinenweber:Defendants Motions to Dismiss [ECF Nos. 44 and 46] are granted. Plaintiffs Complaint is dismissed with prejudice.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.